IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT L. LONGO JR., | Civil No. 3:22-cv-1207 |
| Petitioner | (Judge Mariani) |
| v. | |
| SUPERINTENDENT LAUREL HARRY, PENNSYLVANIA ATTORNEY GENERAL, | |
| Respondents | |

**ORDER**

**AND NOW,** this 21st day of March, 2024, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability.  *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge